```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 18166
   PAUL J MILINOVICH
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-2840
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/08/08 .

    2.  The case was converted to Chapter 7 without confirmation, 03/14/2008.

---

```
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST         PRINCIPAL
                                                             PAID              PAID
--------------------------------------------------------------------------------------
MICHAEL G BERLAND        ADMINISTRATIV     1700.00             .00              .00
        Summary of disbursements:
--------------------------------------------------------------------------------------
                      SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
--------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED        .00       1700.00         .00          .00         1700.00
PRINCIPAL PAID            .00           .00         .00          .00             .00
INTEREST PAID             .00           .00         .00          .00             .00
TOTAL PAID                .00           .00         .00          .00             .00
The Debtor's attorney, ROBERT V SCHALLER             , was allowed $        .00
and was paid $         .00 .

The Trustee received $           .00 .

Refunds to the Debtor totaled $          .00 .
```

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

    Dated: 06/26/08                   /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                         PAGE   2
      CASE NO. 07 B 18166 PAUL J MILINOVICH
```